**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 07-7652**

—————————

UNITED STATES OF AMERICA,

                                Plaintiff - Appellee,

    versus

STEPHAN M. BULLIS,

                                Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.   James C. Fox, Senior
District Judge.  (5:95-cr-00142-F)

—————————

Submitted:  January 17, 2008      Decided:  January 28, 2008

—————————

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Stephan M. Bullis, Appellant Pro Se.  John Howarth Bennett, OFFICE
OF THE UNITED STATES ATTORNEY, Greenville, North Carolina, for
Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephan M. Bullis appeals the district court's order denying his motion for modification of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Bullis</u>, No. 5:95-cr-00142-F (E.D.N.C. Oct. 19, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>